**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01395-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-5,

    Defendants.

---

**ORDER OF DISMISSAL AS TO JOHN DOE 2, ONLY**

---

**Blackburn, J.**

The matter is before the court on **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 2 Only** [#12][1] filed September 7, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendant John Doe 2 should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 2 Only** [#12] filed September 7, 2012, is **APPROVED**;

    2. That plaintiff's claims against defendant John Doe 2 are **DISMISSED WITH PREJUDICE**; and

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That defendant John Doe 2 is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated September 7, 2012, at Denver, Colorado.

**BY THE COURT:**

*[signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge