**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01395-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1, and 3-5,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of All Remaining John Does** [#14][1] filed September 26, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against all the remaining John Does should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Notice of  Voluntary Dismissal With Prejudice of All Remaining John Does** [#14] filed September 26, 2012, is **APPROVED**;

2. That plaintiff's claims against all the remaining John Does are **DISMISSED WITHOUT PREJUDICE**; and

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That this case is **CLOSED**.

Dated September 26, 2012, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge